FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 03, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVEN BELL, <br><br> Plaintiff, <br><br> v. <br><br> UHG I LLC and JTM CAPITAL MANAGEMENT LLC, <br><br> Defendants. | No. 2:20-cv-00294-SMJ <br><br> **ORDER DISMISSING CASE** |

On February 2, 2021, the parties filed a stipulated dismissal, ECF No. 17. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED**:

1. The parties' Stipulation to Dismiss, **ECF No. 17**, is **GRANTED**.

2. All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

3. All pending motions are **DENIED AS MOOT**.

4. All hearings and other deadlines are **STRICKEN**.

//

//

ORDER DISMISSING CASE – 1

**5.**     The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 3rd day of February 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge